UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-947 RHK/AJB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | **GARNISHMENT ORDER** |
| ROBERT LIVIERI, | ) | |
| Defendant, | ) | |
| NORTHWEST AIRLINES, | ) | |
| Garnishee. | ) | |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on December 5, 2000, is hereby released.

Dated: 1/2/03

Magistrate Judge
United States District Court

JAN 02 2003

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK