UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-947 RHK/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. LIVIERI,<br><br>Defendant,<br><br>WESTCONSIN CREDIT UNION,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no funds in his bank accounts.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on or about December 1, 2006, is hereby released.

Dated: December 4, 2006

s/ Arthur J. Boylan
Magistrate Judge
United States District Court