UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-947 RHK/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT A. LIVIERI,<br><br>Defendant,<br><br>CANADIAN PACIFIC RAILWAY,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about November 6, 2006.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about December 7, 2006. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings in the amount of $520.42, per pay period, under this garnishment after deductions are made for statutory witholdings and previously served garnishments.

On or about November 30, 2006, the defendant was served by U.S. Mail, with notice of his right to a hearing as to this garnishment action. The defendant has not requested such a

hearing.

Pursuant to the Writ of Garnishment, the garnishee has withheld 25% of the debtor's disposable earnings and mailed a check to the U.S. Attorney's Office in the amount of $520.42.

The parties have agreed to settle this debt for $6,200.00, payable with $520.42 from the garnished wages being held by the U.S. Attorney's Office and $5,679.58 payable by cashier check.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, $520.42 of the debtor's disposable earnings and

IT IS FURTHER ORDERED that the Writ of Garnishment served on or about November 6, 2006, is released.

Dated: December 20, 2006

s/ Arthur J. Boylan
Magistrate Judge
United States District Court